# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.                                                                       No. **16-CR-01090-002 JB**

**RUPESH BHAKTA,**

    **Defendant.**

## ORDER GRANTING TRAVEL TO INDIA

THIS MATTER is before the Court as the defendant is requesting travel to Gujrat, India, which will allow him the opportunity to get married and begin the immigration process for his new wife.

IT IS HEREBY ORDERED that based on information provided by the United States Probation Officer, the defendant is granted permission to travel to Gujrat, India, from September 8, 2020, through October 14, 2020, which will be monitored by the United States Probation Office. The Court further ORDERS that all previously imposed conditions of supervised release dated July 11, 2017, remain in full force and effect.

_The USPO supports the request._
_8/12/20_

_____
UNITED STATES DISTRICT JUDGE